IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  Pamela Jo Ables and John William Ables          CASE NO:    4:23-bk-10181 J
Chapter 13

## CHAPTER 13 ORDER TO MODIFY PLAN AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [23], filed on 04/07/2023 by the Trustee.  The Objection was set for hearing on 04/13/2023.  Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation is sustained. The Debtors are hereby granted 21 days from the date of this Order to file a modification to the plan and to provide documentation, amended Schedule E/F, regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

/s/  Phyllis M. Jones
Phyllis M. Jones
U.S. Bankruptcy Judge

Date:    April 13, 2023

cc:  Mark T. McCarty, Trustee

Wh Law     (Noticed by ECF)
1 Riverfront Place Ste 745
North Little Rock, AR  72114

Pamela Jo Ables and John William Ables
52 Leslie Rd
Conway, AR  72032