## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

RE:   Pamela Jo Ables and John William Ables                    CASE NO:  4:23-bk-10181 J
                                                                                Chapter 13

---

### MOTION TO DISMISS FOR FAILURE TO SUBMIT DOCUMENTATION

---

COMES now Mark T. McCarty, Standing Trustee for Chapter 13 cases and for his Motion to Dismiss states:

1. That an order was entered on 03/27/2023 requiring the debtor to file purchase documents and amended Schedules with regard to the purchase of a vehicle within 14 days.

2. That the Trustee has not been served with the documentation nor has the debtor requested an extension of time within which to make such documentation.

WHEREFORE, your petitioner prays for an order dismissing this case and for all other just and proper relief.

Date:  05/01/2023

                                                  /s/   Mark T. McCarty
                                                  Mark T. McCarty,
                                                  Chapter 13 Standing Trustee

cc:   Pamela Jo Ables and John William Ables
      52 Leslie Rd
      Conway, AR  72032

      Wh Law    (Noticed by ECF)
      1 Riverfront Place Ste 745
      North Little Rock, AR  72114