IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: PAMELA JO ABLES            CASE NO: 4:23-bk-10181
        JOHN WILLIAM ABLES        CHAPTER 13
        DEBTORS

## ORDER WITHDRAWING OBJECTION TO CONFIRMATION

Before the Court is the Objection to Confirmation [doc. #21] filed by the Arkansas Department of Finance and Administration (Creditor hereafter) on March 7, 2023. Creditor hereby Withdraws the Objection on the basis that the Amended Plan filed on May 6, 2023, [doc #49] proposes to pay Creditor's secured claim (PACER Claim #8-1) at 10% interest, thereby rendering the Objection moot.

      IT IS SO ORDERED.

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 05/08/2023

Submitted by:

/s/ Leslie D. Fryxell
Leslie D. Fryxell, ABN 88096
Revenue Legal Counsel
PO Box 1272
Little Rock, AR 72203
(501) 682-7030
leslie.fryxell@dfa.arkansas.gov