# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

IN RE:

PAMELA JO ABLES,
FKA PAMELA HUNTER,
FKA PAMELA LESLIE,
FKA PAMELA HARE,
JOHN WILLIAMS ABLES,

CASE NO: 4:23-bk-10181
CHAPTER 13
JUDGE JONES

Debtors

---

## ORDER WITHDRAWING OBJECTION TO CONFIRMATION FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE NRZ PASS-THROUGH TRUST VII-B

---

Pursuant to the request of the Movant, U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of the NRZ Pass-Through Trust VII-B, to withdraw its Objection to Confirmation, the Objection to Confirmation is hereby withdrawn.

IT IS SO ORDERED.

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 06/09/2023

APPROVED FOR ENTRY:

/s/ Holly N. Knight
Holly N. Knight
Attorney for U.S. Bank Trust National Association,
not in its individual capacity but solely as
Trustee of the NRZ Pass-Through Trust VII-B
Knight Law Firm
8161 Hwy 100 PMB 286
Nashville, TN 37221
(615) 345-0328
hknight@knightlawpllc.com